```
Erika Bailey Drake (SBN 248034)                          JS-6
edrake@drakeanddrake.com
Roger D. Drake (SBN 237834)
rdrake@drakeanddrake.com
DRAKE & DRAKE, P.C.
23679 Calabasas Road, Suite 403
Calabasas, California 91302
Telephone: 818.438.1332
Facsimile: 818.475.1880
Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTA JAMES, | ) |
| | ) CASE NO.: 5:22-cv-01779-JPR |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) FOR DISMISSAL |
| KILOLO KIJAKAZI, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

    IT IS ORDERED that this matter is dismissed without prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATED: 6/28/2023

_____
HON. JEAN ROSENBLUTH
UNITED STATES MAGISTRATE JUDGE